# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VLADIMIR MANSO-ZAMORA,** | : | **CIVIL NO. 1:15-CV-2432** |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **WARDEN U.S.P. ALLENWOOD,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 26th day of January, 2016, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED for lack of jurisdiction.

2. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania